## Tony Maiorano, Appellant, v. Maria Caciottolo, Appellee.

### Gen. No. 44,145.

opinion filed January 5, 1948; released for publication January 27, 1948. Nicholas A. Pope and Richard E. Dooley, for appellant; John V. Clinnin, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.